IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RYKSCHROEFF, | 1:07-cv-0963 AWI WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| JAMES A. YATES, et al., | (DOCUMENT #9) |
| Defendants. | DEADLINE: MARCH 11, 2009 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 8, 2009, plaintiff filed a motion to extend time to file his amended complaint pursuant to the Court's order of December 11, 2008 (Document #8).  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of time, up to and including March 11, 2009, in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   January 12, 2009**                /s/  William M. Wunderlich
                                                            UNITED STATES MAGISTRATE JUDGE