IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RYKSCHROEFF,

    Plaintiff,              1: 07 CV 0963 AWI WMW PC

   vs.                      ORDER RE MOTION (DOC 11)

JAMES A. YATES, et al.,

    Defendants.

Plaintiff has filed a motion for extension of time in which to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is granted. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   April 8, 2009**               /s/  **William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE