IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RYKSCHROEFF,

     Plaintiff,                    1: 07 CV 00963 AWI YNP GSA (PC)

    vs.                           ORDER DISMISSING ACTION


JAMES YATES, et al.,

     Defendants.

      Plaintiff has filed a motion to voluntarily dismiss this action.  Plaintiff states that: "In light of Plaintiff's most recent transfer to Ironwood State Prison, Plaintiff concludes in the best interest involving all circumstances, it would be best, that Plaintiff hereby request that pending action be withdrawn."  There has been no service of process and no Defendant has entered an appearance.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO ORDERED.

**Dated:**   **November 17, 2009**          /s/ **Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE